## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.:**

CHRISTOPHER SWARINGEN, and
AMANDA SWARINGEN,

    Plaintiffs,

v.

CREDITORS FINANCIAL GROUP LLC, a New York limited liability company,

    Defendant.

## COMPLAINT AND JURY DEMAND

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2. This action arises out of the Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter the "FDCPA").

## VENUE

3. Venue is proper in this District because the acts and transactions occurred here, the Plaintiffs reside here, and the Defendant transacts business here.

## PARTIES

4. Plaintiff, Christopher Swaringen, is a natural person who resides in the City of Colorado Springs, County of El Paso, State of Colorado.

5. Plaintiff Christopher Swaringen is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Plaintiff, Amanda Swaringen, is a natural person who resides in the City of Colorado Springs, County of El Paso, State of Colorado.

7. Plaintiff Amanda Swaringen is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

8. Defendant, Creditors Financial Group LLC, is a New York limited liability company operating from an address at 3131 S. Vaughn Way, Suite 120, Aurora, Colorado, 80014.

9. The Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

10. The Defendant is licensed as a collection agency by the state of Colorado.

11. The principal purpose of the Defendant is the collection of debts using the mails and telephone, and the Defendant regularly attempts to collect debts alleged to be due another.

## FACTUAL ALLEGATIONS

12. Sometime before December 2007 Plaintiff Christopher Swaringen allegedly incurred a financial obligation that was primarily for personal, family or household purposes namely amounts due and owing on a personal account (hereinafter the "Account").

13. The Account is a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

14. The Account went into default with the original creditor.

15. Sometime after the Account went into default the Account was placed or otherwise transferred to the Defendant for collection from Plaintiff Christopher Swaringen.

16. In the year prior to the filing of the instant action the Plaintiffs received telephone calls and voicemail messages from representatives, employees and / or agents of the Defendant who were attempting to collect the Account. Plaintiff Christopher Swaringen called the Defendant in response to the telephone calls and voicemail messages. These telephone calls and voicemail messages each individually constituted a "communication" as defined by FDCPA § 1692a(2).

17. On or about June 20, 2008 at or around 9:16 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Hi Chris, this is Joe Baglieri giving you a call. I just spoke with your wife over at (Redacted) number. Um, it is very, very important that at your earliest conveinance today that you give me a call back at 1-877-298-2251 extension 3350. File number (Redacted). If I do not hear from you by Monday morning I will be tracking down your commanding officer and I will be getting in contact with your commanding officer in regards to the pending file here in the office. I left you a message on the 13th and your spouse pretty much just brushed me off when I was trying to explain to her the situation or atleast take down my phone number. She refused to do that as well. Unfortunately this is a time sensitive matter and its nothing personal but I have a deadline to meet and you folks are not being in compliance. I have sent out correspondence in the mail and have given numerous messages. My phone number again is 1-877-298-2251 extension 3350. File number (Redacted). If you

already retained yourself an attorney in order to deal with this matter specifically I suggest you forward my contact information to that person immediately so that they can get in contact with me before your deployment date of July 30th. Thank you."

18. On or about June 23, 2008 at or around 9:18 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Chris, Joe Bagliere giving you a call. I left you a message back on Friday the 20th. I was expecting you know a man in your position would have the decency to atleast give one phone call over the weekend to let me know when is a good time to get in touch with you before the 30th. Unfortunately after you are deployed that does not mean that this stops. The process with this is going to continue and I will be doing my follow up work and this file is able to move forward no matter where you are. I would not like that to happen. I would much rather you do the respectable thing and give a call back and deal with this matter voluntarily. That or have your attorney do so for you. My phone number is 1-877-298-2251 extension 3350. File number is (Redacted). I look forward to hearing back from somebody in regards to this today. Thank you."

19. On or about June 23, 2008 at or around 9:19 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "This is a message for Christopher Swaringen.

Joe Bagliere giving you a call again with the office of Creditors Financial Group and Associates. I need you to give me a call back today at 1-877-298-2251 extension 3350. File number (Redacted). If you retained yourself an attorney in order to deal with this matter forward my contact information immediately to that person."

20. On or about June 24, 2008 at or around 10:59 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Chris, Joe Bagliere giving you another call. I need you to give me a call back at your earliest convenience. 1-877-298-2251. Extension 3350. File Number (Redacted)."

21. On or about June 24, 2008 at or around 11:01 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: " Christopher, Joe Baglieri giving you another call again sir. I need you to give me a call back to discuss your file here. If you do not take responsibility for your actions somebody else will be taking responsibility for you. I can assure you that it is not too hard to figure out who your commanding officer is at Fort Carson. I am going to give you forty eight more hours. If I do not hear back from you by Thursay 9 o'clock pm Eastern Standard Time I am no longer calling your phone or your wifes phone. I will only be devoting all my attention to finding out who your commanding officer's name and

number. 1-877-298-2251 extension 3350. Your file number is (Redacted). Again if you already retained yourself an attorney forward my information immediately and have them get in contact even quicker."

22. On or about June 25, 2008 at or around 9:31 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Christopher, Joe Bagliere giving you a call again. You still have not responded to my message. Again, after today now, today is Wednesday the 25th, tomorrow is Thursday, I am going to make good with my word. If I do not hear from you I am here until 9 o'clock pm Eastern Standard Time figure out the time difference. If I do not hear back from you before that point tomorrow I am tracking down your commanding officer. I am forwarding all the paperwork and starting the process of violation of Article 15 on you. 1-877-298-2251 extension 3350. File number (Redacted). I look forward to hearing back from you Chris. I do not want to have to go down the hard way."

23. On or about June 26, 2008 at or around 10:33 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Chris, Joe Baglieri giving you a call again from Creditors Financial Group and Associates. I have contacted the base. I found out that you are in the 2nd Brigage, 4th Infantry Division. Commanding Officer Captain Sturgis. I am awaiting on a phone call back from him. I spoke with

Sergeant Cordoza. I am expecting a phone call back from him within 15 minutes. Right now it is 10:30 in the morning mountain time. I do need to speak with you as I have been stating throughout the last month here. It is important that we discuss this matter before your deployment. My phone number is 1-877-298-2251 extension 3350. File number (Redacted)."

24. On or about June 26, 2008 at or around 10:35 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "This message is for Chris Swaringen. Joe Bagliere giving you a call again. This morning I was able to obtain information like I said I was going to do if I did not hear back from you by this point. You are in the Second Brigade, Fourth Infantry Division. I am waiting for a call back from Captain Sturgis. I spoke with Sergeant Cordoza. I do expect to hear back from you today at 1-877-298-2251 extension 3350. File Number (Redacted). Thank you for your compliance."

25. On or about June 26, 2008 at or around 4:08 pm Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Chris, Mr. Bagliere following up with you again from today's days and events. Um, basically I have been told that Captain Joe Cosci is on leave until the 14th. I have also been informed that there is no official date of you being deployed on the 30th as your spouse has told me. All this

information has been recorded and documented. I have been told by a Sergeant, what was his name, Cordoza that I will be receiving a phone call back tomorrow and also when Captain Joe Cosci comes back on the 14th of July. I will be receiving a phone call from him in regards to your file here and the way that you have handled it since it has been in our office. My phone number is 1-877-298-2251 extension 3350. If you choose to rectify the situation before it goes any further. I do suggest that you get in contact with me tonight before 9 o'clock pm Eastern Standard Time. Your file number is (Redacted). I look forward to hearing back from you and preventing this file from going any further."

26. On or about June 27, 2008 at or around 9:15 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Chris Swaringen, Joe Bagliere giving you another courtesy call from the office of CFG and Associates in regards to USAA Federal Savings file that is pending here. This is still me giving you an attempt to deal with this responsibility like an adult before your commanding officer gets back from his leave on the 14th of July. I have until the 30th of June to respond to USAA letting them know exactly where you stand on this and whether its going to be handled voluntarily or not. Currently you are in a refusal status. I do strongly suggest that you return a phone call today at 1-877-298-2251 extension 3350. File number (Redacted)."

27. On or about June 27, 2008 at or around 9:17 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "This is another courtesy message for Christopher Swaringen from Joe Bagliere with CFG and Associates in regards to the pending USAA Federal Savings file. Again Sir I would rather deal directly with you and allow you to take care of this voluntarily than with Captain Joe Cosci when he returns from leave. I have until the 30th to let USAA know exactly where you stand on this and all I have is what your wife has told me. Unfortunately that does not suffice enough for them to leave this in a voluntary condition file where you would be able to have any say in this. So I do strongly suggest that you give me a call back before Monday. I would hope that you could call me today at 1-877-298-2251 extension 3350. Your file number is (Redacted). Thank you for your compliance."

28. On or about June 28, 2008 at or around 9:22 am Mountain Standard Time a representative, employee and / or agent of the Defendant named Joseph Bagliere left a voicemail message for the Plaintiff while attempting to collect the Account. The voicemail follows: "Chris Swaringen. Joe Baglieri giving you a call again from CFG and Associates. This message is being recorded and documented again to your record. Today is June 28th it is 11:23 Eastern Standard Time. I need you to return this phone call today before 5 o'clock pm Eastern Standard Time. Phone number is 1-877-298-2251 extension 3350. File

number is (Redacted). Due to the multiple messages that I have left, the correspondence that I have sent in the mail and you not responding to any of these attempts to contact you currently your file is in a refusal status. As I have stated on previous days, we are in contact with your commanding officers. We are awaiting Captain Joe Cosci to return from his leave on the 14th of July. We have also spoken to Sergeant Cordoza and we are also looking to get in contact with Captain Sturgis. Your failure to comply and return this phone number will continue in our process of trying to collect on this debt. Any information obtained will be used only that purpose. Again our contact information is 1-877-298-2251 extension 3350. File number (Redacted)."

29. During the telephone calls representatives, employees and / or agents of the Defendant attempting to collect the Account repeatedly falsely threatened to take Plaintiff Christopher Swaringen to Court.

30. During the telephone calls representatives, employees and / or agents of the Defendant attempting to collect the Account repeatedly falsely threatened to call Plaintiff Christopher Swaringen's military commander.

31. During the telephone calls representatives, employees and / or agents of the Defendant attempting to collect the Account repeatedly falsely threatened to file a violation of Article 15 on Plaintiff Christopher Swaringen and to ruin Plaintiff Christopher Swaringen's Army career.

32. During the telephone calls representatives, employees and / or agents of the Defendant attempting to collect the Account falsely threatened to put a lien on the Plaintiffs' vehicle.

33. The Defendant has not filed any legal action(s) against Plaintiff Christopher Swaringen.

34. The Defendant has not received any judgment(s) against Plaintiff Christopher Swaringen.

35. The Defendant has not placed any lien(s) on the Plaintiffs' vehicle.

36. The statements and actions were undertaken by the Defendant and its representatives, employees and / or agents as part of a campaign of abusive and unlawful collection tactics directed at the Plaintiffs.

37. The Defendant and its representatives, employees and / or agents statements and actions constitute harassment or abuse and therefore violate FDCPA 1692d preface, d(2) and d(5).

38. The Defendant and its representatives, employees and / or agents statements and actions constitute false and misleading representations and means and violate FDCPA 1692e preface, e(2)(A), e(3), e(4), e(5), e(7), e(10) and e(11).

39. The Defendant and its representatives, employees and / or agents statements and actions constitute unfair or unconscionable means to collect or attempt to collect a debt and violate FDCPA 1692f preface.

40. The Defendant's statements and actions as well as that of its representatives, employees and / or agents were attempts to frighten, harass and abuse the Plaintiffs into paying the alleged debt.

41. The Defendant's statements and actions as well as that of its representatives, employees and / or agents were willful and intentional violations of the FDCPA.

42. As a consequence of the Defendant's collection activities and communications, the Plaintiffs have sustained actual damages.

## **RESPONDEAT SUPERIOR**

43. The representatives and / or collectors at the Defendant were employees of and agents for the Defendant, were acting within the course and scope of their employment at the time of the incidents complained of herein and were under the direct supervision and control of the Defendant at all times mentioned herein.

44. The actions of the representatives and / or collectors at the Defendant are imputed to their employer, the Defendant.

45. As a direct and proximate result of the aforesaid actions, the Plaintiffs have suffered the aforementioned damages.

## **COUNT I, FDCPA VIOLATIONS**

46. The previous paragraphs are incorporated into this Count as if set forth in full.

47. The acts and omissions of the Defendant and its representatives, employees and

/ or agents constitute numerous and multiple violations of the FDCPA, including but not limited to § 1692d preface, d(2), d(5), § 1692e preface, e(2)(A), e(3), e(4), e(5), e(7), e(10), e(11) and § 1692f preface.

48. The Defendant's violations are multiple, willful and intentional.

49. Pursuant to FDCPA section 1692k the Plaintiffs are entitled to actual damages, statutory damages up to $1,000.00, reasonable attorney's fees and costs.

## JURY TRIAL DEMAND

The Plaintiffs are entitled to and hereby demand a trial by jury.  US Const. amend. 7., Fed. R. Civ. Pro. 38.

## PRAYER

**WHEREFORE**, the Plaintiffs pray that the Court grants the following:

1. Actual damages under 15 U.S.C. § 1692k(a)(1).

2. Statutory damages under 15 U.S.C. § 1692k(a)(2)(A).

3. Reasonable attorneys fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

4. Such other and further relief as the Court deems just and proper.

                                                                                   Respectfully submitted,

                                                                                   _s/ David M. Larson_____
                                                                                    David M. Larson, Esq.
                                                                                    405 S. Cascade Avenue, Suite 305
                                                                                    Colorado Springs, CO 80903
                                                                                    (719) 473-0006
                                                                                   Attorney for the Plaintiffs