IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01506-RPM-BNB

CHRISTOPHER SWARINGEN, and
AMANDA SWARINGEN,

Plaintiffs,

v.

CREDITORS FINANCIAL GROUP LLC, a New York limited liability company,

Defendant.

_____

**ORDER**
_____

     I am informed that this case has been resolved. Accordingly,

     IT IS ORDERED that on or before **October 17, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

     Dated October 3, 2008.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge