IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01506-RPM-BNB

CHRISTOPHER SWARINGEN, and
AMANDA SWARINGEN,

    Plaintiffs,

v.

CREDITORS FINANCIAL GROUP, LLC, a New York limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, DOES

    HEREBY ORDER that this case is Dismissed with Prejudice with each party to pay his, her or its own attorney's fees and costs.

    Dated: October 17th , 2008

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge